USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
11/21/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

        Plaintiff,

- against -

THEATER REFRESHMENT COMPANY of NEW YORK, INC. et al.,

        Defendants.

19cv8991 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

The defendants may move or answer by **December 4, 2019**. If the defendants make a motion, the plaintiff should respond by **December 18, 2019**. The defendants should then reply by **December 30, 2019**. Any confidential documents may be filed under seal.

Discovery is stayed pending the resolution of any motion.

**SO ORDERED.**

Dated:    New York, New York
           November 20, 2019

                                      **John G. Koeltl**
                                **United States District Judge**